**BARSHAY SANDERS, PLLC**
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 282-7878

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twanna Bolden,<br><br>  Plaintiff,<br><br>-against-<br><br>Midland Credit Management, Inc.,<br><br>  Defendant. | **Case No. 3:20-cv-02281-CAB-DEB**<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL (FRCP 41(a)(1)(A)(ii))**<br><br>Judge: Cathy Ann Bencivengo<br>Magistrate Judge: Daniel E. Butcher<br>Complaint Filed: November 23, 2020 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed *with prejudice* with each side to bear its own attorney's fees and costs.

//
//
//
//
//
//
//

SO STIPULATED

DATED: February 2, 2021

**BARSHAY SANDERS, PLLC**

By: */s Craig B. Sanders*
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 282-7878
*Attorneys for Plaintiff*

**SOLOMON WARD SEIDENWRUM & SMITH LLP**

By: */s Thomas F. Landers*
Thomas F. Landers, Esq.
401 B Street, Suite 1200
San Diego, CA 92101
Tel: (619) 231-0303
*Attorneys for Defendant*

I, Craig B. Sanders, am the filer of the foregoing Joint Motion, and hereby certify that pursuant to Section 2(f) of the Electronic Case Filing Administrative Policies and Procedures Manual, the contents of this document is acceptable to all persons required to sign the document, and that I have obtained authorization to file this document with all "s/" electronic signatures appearing within the foregoing document.

Dated:   February 2, 2021

**BARSHAY SANDERS, PLLC**
*/s  Craig B. Sanders*
Craig B. Sanders, Esq.
*Attorneys for Plaintiff*